# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

January 24, 2022

Before

DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| Nos. 20-2556 and 21-1431 | JASON SMITH,<br>Plaintiff - Appellant<br><br>v.<br><br>TIMOTHY C. EVANS, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos.: 1:19-cv-01539 and 1:18-cv-08075<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

The judgments of the District Court are **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)